UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER HAMLIN,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS COMPANY, et. al.<br><br>　　　　　　　　　Defendants. | Case No.: 19cv01271 JAH-MDD<br><br>**ORDER DENYING JOINT MOTION FOR EXTENSION TIME TO RESPOND AS MOOT [Doc. No. 5]** |

　　Pending before the Court is Plaintiff's and American Express Company's joint motion for extension of time seeking an order granting American Express additional time to respond to the complaint. On November 12, 2019, upon motion of the parties, this Court dismissed American Express from the action with prejudice. Accordingly, **IT IS HEREBY ORDERED** the joint motion for extension to respond to the complaint is **DENIED as moot**.

DATED:　November 21, 2019

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　JOHN A. HOUSTON
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge