# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Heather Hamlin, | Case No.: 3:19-cv-01271-JAH-MDD |
| Plaintiff, | |
| v. | **ORDER GRANTING JOINT MOTION TO DISMISS DEFENDANT EQUIFAX INFORMATION SERVICES, LLC.** |
| American Express Company; Experian Information Solutions, Inc.; and Equifax Information Services, LLC, | |
| Defendants. | |

Based upon Plaintiff and Defendant Equifax Information Services, LLC's joint motion to dismiss and good cause appearing, IT IS HEREBY ORDERED the joint motion is GRANTED. Defendant Equifax Information Services, LLC is dismissed with prejudice. Each party to bear their own attorneys' fees and costs.

Dated: March 17, 2020

_____
HON. JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE